1

**MEKAL FARUKI**
**2300 Auburn Blvd. Unit 116**
**Sacramento, CA 95821**
**(916) 698-5541**
**Plaintiff In Propria Persona**





FEB 12 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

9
10

2:25-CV-0507 DJC CKD (PS)

11

**MEKAL FARUKI**

Case No: TBA

12

**Plaintiff,**

13

**vs.**

14

**HOUSING AUTHORITY FOR THE**
**COUNTY OF SACRAMENTO, COUNTY**
**OF SACRAMENTO, SACRAMENTO**
**HOUSING REGIONAL AUTHORITY AND**
**DOES ONE THROUGH FIVE.**

15
16
17

**Defendants.**

**COMPLAINT FOR VIOLATION OF THE**
**AMERICANS WITH DISABILITIES ACT**
**(ADA), FAIR HOUSING ACT (FHA),**
**CALIFORNIA DISABLED PERSONS ACT**
**(CDPA), UNRUH CIVIL RIGHTS ACT, AND**
**FRAUD (CALIFORNIA CIVIL CODE § 1709)**
**JURY DEMAND.**

18
19
20

## I. JURISDICTION AND VENUE

21
22

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) for claims

23

arising under the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.) And the Fair Housing Act

24

(42 U.S.C. § 3601 et seq.)

25

2. This Court has supplemental jurisdiction over Plaintiff's state law claims less than 28 U.S.C. §

26

1367, including claims under the California Disabled Persons Act (Cal. Civ. Code § 54 et seq.) and Fraud

27

(Cal. Civ. Code § 1709).

28

3. Venue is proper under 28 U.S.C. § 1391 because Defendants operate within this district and

the alleged violations occurred here.

1  **II. FACTUAL ALLEGATIONS**

2  4. Plaintiff is a qualified individual with a disability as defined under 42 U.S.C. § 12102 and 42

3  U.S.C. § 3602(h). Exhibit A

4  5. Plaintiff is also an elderly person, entitled to additional protections under federal and state

5  anti-discrimination laws.

6  6. Defendants are public housing authorities (PHA) responsible for administering Section 8

7  Housing Choice Vouchers less than 42 U.S.C. § 1437f, and are subject to federal and state housing

8  discrimination laws.

9  7. Plaintiff applied for and met all eligibility requirements for a Section 8 Housing Choice

10  Voucher, including income, residency, and disability related needs. Exhibit B

11  8. Over the course of 90 incidents, Defendants denied, delayed, or failed to process Plaintiff's

12  Section 8 voucher application and renewal requests, solely based on Plaintiff's disability and elder status.

13  9. Defendants engaged in a pattern and practice of systemic discrimination, including but not

14  limited to:

15          ●       Refusing to grant a reasonable accommodation for expedited processing of Plaintiff's

16                  voucher.

17          ●       Deliberately delaying the application process while approving non-disabled applicants.

18          ●       Providing false or misleading information about voucher availability and Plaintiff's

19                  eligibility.

20          ●       Failing to make necessary policy modifications in violation of federal and state law.

21  10. Plaintiff did not sleep on his rights and actively pursued his claims through county and state

22  agencies' despite:

23          ●       COVID-19 related delays that obstructed normal administrative processing.

24          ●       Undergoing cancer chemotherapy and suffering its severe side effects, including extreme

25                  fatigue, cognitive impairment, neuropathy and physical weakness.

26          ●       Persistent follow-ups and formal complaints to local, county and state authorities

27                  regarding Defendant's unlawful denials tolling statutes of limitations. Exhibit C

28  11. Despite Plaintiff's diligent efforts, Defendants continued to deny assistance, exacerbating

**FARUKI V. SACRAMENTO COUNTY; COMPLAINT .**                                    Page 2 of 5

1  Plaintiff's hardship and leading to severe financial and emotional distress. Exhibit C

2

3  **FIRST CAUSE OF ACTION - VIOLATIONS OF THE AMERICANS WITH DISABILITIES**

4  **ACT (42 U.S.C. § 12101 et seq.)**

5          12. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-11.

6          13. Defendants are public entities subject to Title II of the ADA (42 U.S.C. § 12132) and must

7  ensure equal access to housing assistance programs for individuals with disabilities.

8          14. Defendants' 90 instances of denying Section 8 vouchers constitute systemic disability

9  discrimination, in violation of 28 C.F.R. § 35.130.

10

11  **SECOND CAUSE OF ACTION - VIOLATIONS OF THE FAIR HOUSING ACT (42 U.S.C. §**

12  **3601 et seq.)**

13          15. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-14.

14          16. Under 42 U.S.C. § 3604(f), it is unlawful to discriminate in the terms, conditions, or

15  privileges of rental housing based on disability.

16          17. Defendants' 90 denials constitute housing discrimination in violation of the Fair Housing

17  Act.

18

19  **THIRD CAUSE OF ACTION - VIOLATIONS OF THE UNRUH CIVIL RIGHTS ACT (CAL.**

20  **CIV. CODE § 51)**

21          18. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-17.

22          19. Defendants' conduct constitutes 90 separate violations of the Unruh Act.

23          20. Plaintiff is entitled to statutory damages of $4,000 per violation, totaling $360,000 (90 x

24  $4,000) under California Civil Code § 52(a).

25

26  **FOURTH CAUSE OF ACTION - VIOLATION OF THE CALIFORNIA DISABLED PERSONS**

27  **ACT (CDPA) (CAL. CIV. CODE. § 54)**

28          21. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-20.

22. Defendants' conduct constitutes 90 separate violations of the CDPA.

23. Plaintiff is entitled to statutory damages of $1000 per violation, totaling $90,000 (90 x $1,000) under California Civil Code § 54.3(a).

**FIFTH CAUSE OF ACTION - FRAUD (CALIFORNIA CIVIL CODE § 1709)**

24. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-23.

25. Defendants knowingly made false representations and omissions regarding Plaintiff's eligibility for Section 8 vouchers.

26. Plaintiff relied on Defendant's false statements, causing significant financial harm and emotional distress.

27. Defendants' fraudulent conduct was willful, oppressive, and in reckless disregard of Plaintiff's rights, shocking the conscience of the Court, warranting punitive damages under California Civil Code § 3294.

28. Plaintiff seeks punitive damages of up to $546,000 (15 times actual damages).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

A. A declaration that Defendants violated the ADA, FHA, Unruh Act, CDPA, and committed fraud;

B. An injunction ordering Defendants to immediately approve Plaintiff's Section 8 vouchers;

C. Actual damages of $36,400;

D. Punitive damages of up to $546,000 under California Civil Code § for fraud;

E. Statutory damages of $360,000 under the Unruh Act and $90,000 under the CDPA, totaling $450,000;

F. Attorney's fees and costs;

G. Any other relief the Court deems just and proper.

**JURY DEMAND**

1    Plaintiff demands a trial by jury on all issues so triable.

2

3    **DECLARATION**

4        I, **MEKAL FARUKI,** am the Plaintiff in the above-captioned action. I have read the foregoing

5    Complaint, and I know its contents. The facts stated therein are true and correct to the best of my

6    knowledge, except as to those matters stated on information and belief, and as to those matters, I believe

7    them to be true.

8        I declare under penalty of perjury under the laws of the State of California that the foregoing is

9    true and correct.

10        Executed on ⟋2/12/2025 at Sacramento, California.

11

12

13        **MEKAL FARUKI**

14        Plaintiff, In Propria Persona.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                    EXHIBIT A
27
28

# MEDICAL INFORMATION VERIFICATION REPORT
DCSS 0020 (01/18/15)

## SECTION II: INSTRUCTIONS FOR LICENSED PHYSICIANS

MERCED Department of Child Support Services needs the following information from you to verify that the person whose information is listed on page one is either temporarily, permanently or totally disabled. This means the patient is either temporarily or permanently unable to perform any work at either his or her usual occupation or at any other job that he or she could be trained to do. The purpose of the disclosure requested in Section III is to provide information necessary for the local child support agency to determine the support potential of your patient in case number: 0470392380-01

## SECTION III: LICENSED PHYSICIANS STATEMENT

1. Is this patient temporarily disabled?      ☐ Yes    ☒ No
   If Yes, complete items 3-7 and Section IV. If No, complete item 2.
2. Is this patient totally or permanently disabled?  ☒ Yes    ☐ No
   If Yes, complete items 3-7 and Section IV. If No, complete Section IV.
3. Onset date for this disability: _2018_
4. List diagnosis and prognosis for this patient: _Multiple Myeloma -_
   _cancer incurable - requires indefinite treatment_

5. Treatment Plan: _Has been an chemotherapy since 2018_
   _continuously. Status post stem cell transplant._
   _Currently on chemotherapy monthly, needing_
   _regular monitoring_

6. Date of last examination: _11/6/24_

7. When do you expect this patient to be able to return to work? _never_

## SECTION IV: LICENSED PHYSICIAN CERTIFICATION

*I declare under penalty of perjury under the laws of the State of California that the information contained in this report is true, correct, and complete.*

_(SIGNATURE OF PHYSICIAN OR PSYCHOLOGIST)_          _11/6/24_ (DATE)

_Naveet Virk_ (PRINT NAME)          _916 746-7900_ (TELEPHONE NUMBER)

_576 N. Sunrise Ave_ (STREET ADDRESS)   _Roseville_ (CITY)   _CA_ (STATE)   _95661_ (ZIP CODE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**



HCV 07072015
ELIGASST13

# PART A APPLICATION
# HOUSING CHOICE VOUCHER PROGRAM (HCV)

INVESTING IN COMMUNITIES

Please complete all sections of this form. If you do not understand a question, you may call to have someone else explain it to you.
**WARNING: Knowingly** making false statements on this pre-application is considered FRAUD and may result in REMOVAL FROM THE WAITING LIST..

### HEAD OF HOUSEHOLD

| LAST NAME | FIRST NAME | | Home Phone Number |
|---|---|---|---|
| FARUKI | MEKAL | | ( ) |
| **Current Street Address** 5020 Sunshine Lane | | **APT number** | **Cell/ Message Phone Number** (916) 698-5541 |
| **City** Sacramento | **State** CA | **Zip Code** 95841 | **Email Address:** _____ mkf@msn.com |

In order In to better serve your needs, please complete the following question:
Do you speak and understand English?    YES  ☑
If not, what is your primary language?    Hmong  Vietnamese  Russian  Spanish  Other _____

### FAMILY/HOUSEHOLD COMPOSITION

| Full Name As appears on Social Security Card | Relationship to Head of Household | Date of Birth (month-date-year) | Lives with me at least 51% of the time | Social Security Number | Disability YES/NO |
|---|---|---|---|---|---|
| 1) MEKAL KEMAL FARUKI | SELF | ▓▓▓▓ | | ▓▓▓▓ | YES |
| 2) | | - - | ☐ Yes ☐ No | - - | |
| 3) | | - - | ☐ Yes ☐ No | - - | |
| 4) | | - - | ☐ Yes ☐ No | - - | |
| 5) | | - - | ☐ Yes ☐ No | - - | |
| 6) | | - - | ☐ Yes ☐ No | - - | |
| 7) | | - - | ☐ Yes ☐ No | - - | |

### FAMILY INCOME INFORMATION:

Please list all amounts of money earned or received by everyone in the household

| Family Member Name | Income Source | Amount $ | Frequency Per |
|---|---|---|---|
| MEKAL FARUKI | SSI | 871.00 | [ ] Week [X] Month [ ] Year |
| | | | [ ] Week [ ] Month [ ] Year |
| | | | [ ] Week [ ] Month [ ] Year |
| | | | [ ] Week [ ] Month [ ] Year |



Sacramento Housing & Redevelopment Agency  630 I ST Street, Sacramento, CA  95814
Phone (916) 440-1390 I fax (916) 449-1285 I www.shra.org



 **SHRA-AUTHORIZATION FOR RELEASE OF INFORMATION**

INVESTING IN COMMUNITIES

**CONSENT:** I authorize and direct any and all listed below to release to THE SACRAMENTO HOUSING & REDEVELOPMENT AGENCY any information or materials needed to complete and verify my application and eligibility for assistance under the Housing Choice Voucher, Mod-Rehab, Low-Income Public and Indian Housing and/or other housing assistance program(s). I understand and agree that this authorization or the information obtained pursuant to its use may be given to and used by the Department of Housing and Urban Development (HUD) in administering and enforcing program rules and policies.

I authorize SHRA to release my personal criminal report to the Head of Household upon the Head of Household's written request. The criminal report will only be released to an Applicant if SHRA is going to deny assistance to the family due to the criminal report. I understand that I have a right to a copy of my criminal report if I request it in writing.

I also consent for HUD or the PHA to release information from my file about my rental history to HUD credit bureaus, collection agencies, or future landlords. This includes records of my payment history, and any violation of my lease or PHA policies.

**INFORMATION COVERED:** I understand that depending on program policies and requirements, previous or current information regarding my household or myself may be needed. Verifications and inquiries that may be requested include but are not limited to:

| | | | |
|---|---|---|---|
| Identity and Marital Status | Credit Activity | Medical or Childcare Allowances | Residences and Rental Activity |
| Household Composition | Criminal Activity | Employment | Income/Assets |

I understand that this authorization cannot be used to obtain any information about me that is not pertinent to my eligibility for and continued participation in a housing assistance program.

**GROUPS OR INDIVIDUALS THAT MAY BE ASKED:** The groups or individual that may be asked to release the above information (depending on program requirement), include but are not limited to:

| | | | |
|---|---|---|---|
| Previous Landlords (including Public Housing Agencies) | Past and Present Employers | Veterans Administrations | Banks and other Financial Institutions |
| Schools and Colleges | Welfare Agencies | Retirement Systems | Court Clerks |
| Medical Facilities | Credit Providers | Credit Bureaus | State Unemployment Agencies |
| Postal Office | Law Enforcement Agencies | Social Security Administration | Medical & Childcare Providers |
| Utility Companies | Foster Care Providers | Support & Alimony Providers | Workmen's Compensation Payers |
| | Dept. of Motor Vehicles | Support Service Providers | |

**COMPUTER MATCHING NOTICE AND CONSENT:** I understand and agree that HUD or the Public Housing Agency may conduct computer-matching programs to verify the information supplied for my application or recertification. If a computer match is done, I understand that I have a right to notification of any adverse information found and a chance to disprove incorrect information. HUD or the PHA may in the course of its duties exchange such automated information with other Federal, State, or local agencies, including but not limited to: State Employment Security Agencies, Department of Defense, Office of Personnel Management, U.S. Postal Service, Social Security Administration, State & County welfare and food stamp agencies.

**CONDITIONS:** I agree that a photocopy of this authorization may be used for the purposes stated above. The original of this authorization is on file with the PHA and will stay in effect for one year and three months from the dated signed. I understand that I have a right to review my file and correct any information that I can prove is incorrect.

| Signature – Head of Household | MEKAL FARUKI | 8/21/2017 |
|---|---|---|
| | Print Name – Head of Household | Date |
| Signature Spouse/ Partner/ Co-Head | Print name Spouse/ Partner/ Co-Head | Date |
| Signature – other adult | Print Name – other adult | Date |
| Signature – other adult | Print name other adult | Date |
| Signature – other adult | Print Name – other adult | Date |
| Signature other adult | Print name other adult | Date |

**Note:** This general consent may not be used to request a copy of tax return. IRS form 4506 – "Request for Copy of Tax Form" must be prepared and signed separately.

 Sacramento Housing & Redevelopment Agency  630 I ST Street, Sacramento, CA  95814
Phone (916) 440-1390 I fax (916) 449-1285 I  www.shra.org 

 **SHRA**

INVESTING IN COMMUNITIES

# CRIMINAL AND MOTOR VEHICLE DRIVING RECORD AUTHORIZATION FORM

Federal regulations allow the use of relevant information respecting an applicant or other family members whose habits and practices are related to a history of criminal activity involving crimes of physical violence to a person or property, and other criminal acts which would adversely affect the health, safety or welfare of other participants. Such information may be included in conviction records and/or motor vehicle driving records.

Each adult family member must complete a copy of this authorization. Failure of any adult member of your household to complete this form may result in the denial of your eligibility.

| I, | FARUKI | MEKAL | KEMAL |
|----|--------|-------|-------|
| | **(Head of Household) Last Name** | **First Name** | **Middle Name** |

do hereby authorize the Sacramento Housing and Redevelopment Agency to obtain any public record information available to the Public Housing Authority (PHA) pertaining to my conviction(s) which are available in any municipal and superior court record files, regardless of the State, County, City or Municipality, and motor vehicle drive records.

I understand that if I fail to disclose any criminal records(s) on my application, and it is subsequently revealed that such a record exists, I may be denied eligibility and may also be subject to prosecution for attempting to obtain subsidized housing by committing fraud. I also understand that if I am admitted for occupancy and it is subsequently discovered that such a record existed prior to occupancy, my participation may be terminated.

**WARNING:** Title 18, Section 1001 of the United States Code states that a person is GUILTY OF A FELONY FOR KNOWINGLY AND WILLINGLY MAKING FALSE OR FRAUDELENT STATEMENTS to any department or agency of the United States. MAKING FALSE STATEMENTS IS ALSO A FELONY UNDER THE LAWS OF THIS STATE.

| SIGNATURE of head of household | Social Security # | Date of Birth |
|---|---|---|
| | | |
| **Head of Household Drivers License/ID #** | | **Place of Birth** |
| B6247325 | | London, UK |
| Signature of Spouse/Partner/Co-Head | Social Security Number | Date of Birth |
| | | |
| **Spouse/Partner/Co-Head Drivers License/ID** | | **Place of Birth** |
| | | |
| **Signature of Other Adult** | Social Security Number | Date of Birth |
| | | |
| Other Adult Drivers License/ID #Social Security # | | Place of Birth |
| | | |
| **Signature of Co-Applicant** | Social Security Number | Date of Birth |
| | | |
| Other Adult Drivers License/ID #Social Security # | | Place of Birth |







**INVESTING IN COMMUNITIES**

Staff Use Only:

For:
[ ] Sec 8/HCV Program
[ ] Project Base Program
[ ] Mod Rehab Program

## CRIMINAL BACKGROUND SCREENING AND CONVICTION INFORMATION SHEET

Please answer each question below.  If you answer "YES" please fill out information for that household member(s).  All arrests and or convictions regardless of outcome (i.e. dismissed or expunged) must be reported.

| | |
|---|---|
| 1.  Have you or any member of your household ever been evicted from a federally assisted housing program for any drug related criminal activity? ("Yes" subject to disqualification for admission) | NO |
| 2.  Have you or any member of your household ever been arrested OR convicted of any crime (misdemeanor or felony) regardless of the age of the applicant or family member when it occurred?  (This includes driving convictions such as DUI). (List all, including those expunged or dismissed) | NO |

If Yes, list detail: (Use additional paper if necessary) List all regardless of outcome.

| WHO | WHEN | COUNTY | CHARGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 3.  Is anyone in your household currently on parole or probation? | NO |
| 4.  Must you or anyone in your household register as a drug offender? | NO |
| 5.  Are you or anyone in your household subject to lifetime registration as a sex offender in any state? | NO |

If Yes, list name of registrant and complete address where currently registered:

Failure to disclose criminal history may result in the denial or your eligibility for this program.

Signature: _____     Date: 8/21/2017 _____







## HOUSING NEED DECLARATION

INVESTING IN COMMUNITIES

| LAST NAME<br>FARUKI | FIRST NAME<br>MEKAL | Home Phone Number<br>(   ) |
|---|---|---|
| Current Street Address<br>5020 Sunshine Lane | APT number | Cell Phone Number<br>(916) 698-5541 |
| City<br>Sacramento | State<br>CA | Zip Code<br>95841 | Message Phone Number<br>(   ) |

Your move-in date for above address: __10/1/2012__

- Provide a copy of rental/lease agreement for the above address (whether or not you are on the rental/lease agreement).
- Provide 6 months of utility bill for the above address (Utilities do not include phone or cable T.V)

**Please check one or more that best describes your current housing status for the address listed above:**

☒   I rent a [ 2 ] bedroom home or apartment (The lease is in my name). My rent per month is $ 850.00 , and I pay for utilities $ 150.00 per month.

❑   I rent [____] rooms in a [____] bedroom home or apartment with another person(s) (My name is on the lease). I pay ○full ○half ○less than half of the rent in the amount of $_____: I pay for utilities $_____ per month.

❑   I do not have my own home and am staying with _____ a relative or friend on a temporary basis. (My name is not on the lease.) Per month: I pay $_____ for rent, and I pay $_____ for utilities.   ☐ I do not pay rent/utilities.

❑   I am living in the _____ shelter or transitional living facility. I do not pay rent or utilities.

❑   I am homeless (living in places not meant for human habitation).

❑   Other, please explain _____

| _____ | ████████████ | __8/21/2017__ |
| Signature of Head of Household | SS Number | Date |

Please note that false statements can result in the denial of housing assistance.







INVESTING IN COMMUNITIES

## CERTIFICATION OF DISABILITY

In order to verify that you or someone in your household is permanently disabled according to HUD's definition. **A.** Inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death, or which has lasted or can be expected to last for a continuous period of not less than 12 months, or In the case of an individual who has attained the age of 55 and is blind and unable by reason of such blindness to engage in substantial, gainful activity requiring skills or ability comparable to those of any gainful activity in which he/she has previously engaged with some regularity and over a substantial period of time.
**B.** Severe chronic disability that:

a. is attributable to a mental or physical impairment or combination of mental and physical impairments;

b. is manifested before the person attains age 22;

c. is likely to continue indefinitely;

d. results in substantial functional limitations in three or more of the following areas of major life activity: (1) self-care, (2) receptive and responsive language, (3) learning, (4) mobility, (5) self-direction, (6) capacity for independent living, (7) economic self-sufficiency;

e. reflects the person's need for a combination and sequence of special, interdisciplinary, or generic care, treatment, or other services which are of lifelong or extended duration and are individually planned and coordinated.

**C.** A person with a physical or mental impairment that:

a. is expected to be of a long-continued and indefinite duration,

b. substantially impedes his/her ability to live independently, and

c. is of such a nature that such ability could be improved by more suitable housing conditions.

Please provide a doctor's or other knowledgeable professional contact information below.

Name:  PHILIP FORD, P.A.

Practice Name  Allmed Medical Center

Address:  2485 Sunrise Blvd., A, Rancho Cordova 95670

Phone Number:  (916) 281-2251

Fax number:

If you or someone in your household is receiving social security disability payments please include a current award letter, you do not need to submit your doctors or knowledgeable professional information.

Intake Department
(916) 440-1390










# Social Security Administration

Date: August 28, 2017
Claim Number: XXX-XX-2393A
XXX-XX-2393DI

MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841-2627

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2016, the full monthly Social Security benefit before any deductions is $871.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $871.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**
From December 2014 to November 2016, the full monthly Social Security benefit before any deductions was $869.30.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $869.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**
You are entitled to monthly disability benefits.

**Information About Supplemental Security Income Payments**
Beginning January 2017, the current Supplemental Security Income payment is $44.72 .

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

**Type of Supplemental Security Income Payment Information**
You are entitled to monthly payments as a disabled individual .

**Date of Birth Information**
The date of birth shown on our records is 

**Medicare Information**
You are entitled to hospital insurance under Medicare beginning June 2014.

You are entitled to medical insurance under Medicare beginning June 2014.

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-348-7830. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
910 CIRBY WAY
ROSEVILLE, CA 95661

**If you do call or visit an office, please have this letter with you. It will help us answer your** questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# RENTAL AGREEMENT (Month-to-Month)

THIS AGREEMENT is made and entered into this **20** day of **September**, **2012** between
**MAX M DURAN** "Owner/Agent", whose address and phone
_(Name of Owner/Agent)_
number are **P.O. Box 11 Folsom Ca 95763** **(916) 608-8611**
_(Address and Telephone of Owner/Agent)_
and **McKal K FARUKI and Tabetha M Otterman** "Resident."

OTTERMAN

THE PARTIES AGREE AS FOLLOWS:

**RENTAL UNIT:** Subject to the terms and conditions of this Agreement, Owner rents to Resident and Resident rents from Owner, for residential use only.

the premises located at: **5020 Sunshine Lane**, Unit # (if applicable) _____
_(Street Address)_
**Sacramento** CA **95841**
_(City)_ _(Zip)_
on a month-to-month term.

**RENT:** Rent is due in advance on the **20/th** day of each and every month, at $ **850.00** per month, beginning on **10-1-2012**, payable at **P.O. Box 11 Folsom Ca 95763-0011**. Payments made in person may be
_(Date)_ _(Address where payments should be delivered)_
delivered to Owner/Agent between the hours of **N/A** and **N/A** on the following days of the week:
☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday ☐ Saturday ☐ Sunday
☐ Other **N/A**

Acceptable methods of payment:
☐ Personal Check ☒ Cashier's Check ☒ Money Order ☐ EFT/Credit (see Owner/Agent for details) and ☐ Cash

If rent is paid after the **5 7th** of the month, there will be a late charge of $ **25.00** assessed. The parties agree that this late fee is presumed to be the amount of damage sustained by late payment of rent. It would be impracticable or extremely difficult to fix the actual damage. This sum represents a reasonable endeavor by the Owner/Agent to estimate fair average compensation for any loss that may be sustained as a result of late payment of rent. Pursuant to California law, if Resident passes a check on insufficient funds, Resident will be liable to Owner/Agent for the amount of the check and a service charge of $ _____, not to exceed $25 for the first check passed on insufficient funds, and $35 for each subsequent check passed on insufficient funds.

**SECURITY DEPOSIT:** Resident shall deposit with Owner/Agent, as a security deposit, the sum of $ **500 00** ☒ prior to taking possession of the unit _____ or ☐ no later than **N/A** _____.
Resident shall not use the security deposit to pay any month's rent. Owner/Agent may withhold from the security deposit only such amounts as are reasonably necessary to remedy Resident defaults including, but not limited to, the following:
(a) defaults in the payment of rent.
(b) to repair damages to the premises caused by Resident, exclusive of ordinary wear and tear, and/or
(c) to clean the premises, if necessary, upon termination of the tenancy in order to return the unit to the same level of cleanliness it was in at the inception of the tenancy, and/or
(d) to restore, replace, or return personal property or appurtenances, exclusive of ordinary wear and tear.

No later than 21 calendar days after Owner/Agent has regained possession of the premises, Owner/Agent shall return any remaining portion of such security deposit to Resident.

**UTILITIES:** Resident shall pay for all utilities, services and charges, if any, made payable by or predicated upon occupancy of Resident, except: **Water Sewer + Garbage**

5. **CASH PAYMENT:** The Owner/Agent may demand or require cash as the exclusive form of payment of rent or deposit of security if the tenant has previously attempted to pay the Owner/Agent with a check drawn on insufficient funds or the tenant has instructed the drawee to stop payment on a check, draft, or order for the payment of money. If the Owner/Agent chooses to demand or require cash payment under these circumstances, the Owner/Agent shall give the Resident a written notice stating that the payment instrument was dishonored and informing the Resident that the Resident shall pay in cash for a period determined by Owner/Agent, not to exceed three months, and attach a copy of the dishonored instrument to the notice.

6. **TERMINATION:** Except as prohibited by law, this Agreement may be terminated by Resident after service upon the Owner/Agent of a written 30-day notice of termination of tenancy. Except as prohibited by law, this Agreement may be terminated by the Owner/Agent by service upon the Resident of a written 60-day notice of termination of tenancy. However, Civil Code Section 1946.1 provides that "if any tenant or resident has resided in the dwelling for less than one year", the Owner/Agent may terminate this Agreement by service upon the Resident of a written 30-day notice. Any holding over thereafter shall result in Resident being liable to Owner/Agent for daily rental damages equal to the current fair rental value of the unit, divided by 30.

7. **OCCUPANTS:** Premises shall be occupied only by the following named person(s):

Andionna Otterman    6/6/10 child

| Name | Birthdate | Name | Birthdate |
| --- | --- | --- | --- |
| | | | |
| Name | Birthdate | Name | Birthdate |

8. **PROHIBITIONS:** Without Owner/Agent's prior written permission as an addendum to this Agreement, no pets, no waterbeds or _____ shall be kept or allowed in or about the premises.

9. **QUIET ENJOYMENT:** Resident shall not violate any criminal or civil law, ordinance or statute in the use and occupancy of the premises, commit waste or nuisance, annoy, molest or interfere with any other Resident or neighbor. Any such action may result in the immediate termination of this Agreement as provided herein and by law.

10. **REPAIRS AND ALTERATIONS:** Except as provided by law, no repairs, decorating or alterations shall be done by Resident without Owner/Agent's prior written consent. Resident shall notify Owner/Agent in writing of any repairs or alterations contemplated. Decorations include, but are not limited to, painting and wallpapering. Resident shall hold Owner/Agent harmless and indemnify Owner/Agent as to any mechanics lien recordation or proceeding caused by Resident. Resident may not make any alterations to cable or telephone inside wiring (such as may occur when changing telecommunications providers or adding phone lines) without prior written consent of the Owner/Agent. The notice shall include the name, address, and telephone number of any new telecommunication provider. Resident agrees to pay all costs resulting from the alteration and agrees to pay to the Owner/Agent any costs associated with restoring the inside wiring to the condition at the time of move-in, except for reasonable wear and tear.

11. **ACCEPTANCE OF PREMISES:** Resident has inspected the premises, furnishings and equipment, and has found them to be satisfactory. All plumbing, heating and electrical systems are operative and deemed satisfactory.

12. **CARE, CLEANING, MAINTENANCE AND INSURANCE:** Resident agrees to leave the premises in the same condition as it was received, subject to normal wear and tear. Except as prohibited by law, Resident shall keep the premises and furniture, furnishings and appliances, and fixtures, which are rented for Resident's exclusive use, in good order and condition. Upon move-out, Resident agrees to return the unit to the same level of cleanliness it was in at the inception of the tenancy. Resident ☐ is ☐ is not (check one) responsible for the upkeep of the yard and landscaping. Resident shall pay Owner/Agent for costs to repair, replace or rebuild any portion of the premises damaged by the Resident, Resident's guests or invitees. Resident's property is not insured by Owner/Agent. Resident is not a co-insured and is expressly excluded from any insurance policy held by Owner/Agent which is now in effect or becomes effective during the term of this Agreement.

13. **WAIVER OF BREACH:** The waiver of either party of any breach shall not be construed to be a continuing waiver of any subsequent breach. The receipt by Owner/Agent of the rent with the knowledge of any violation of a covenant or condition hereto shall not be deemed a waiver of such breach. No waiver by either party of the provisions herein shall be deemed to have been made unless expressed in writing and signed by all parties to this Rental Agreement.

14. **JOINT AND SEVERAL LIABILITY:** The undersigned Resident(s), whether or not in actual possession of the premises, are jointly and severally liable for all obligations under this Rental Agreement, and shall indemnify Owner/Agent for liability arising prior to the termination of the Rental Agreement for personal injuries or property damage caused or permitted by Resident(s), their guests and invitees. This does not waive "Owner/ Agent's duty of care" to prevent personal injury or property damage where that duty is imposed by law.



*California Apartment Association Approved Form*
*www.caanet.org*
*Form 2.0 – Revised 1/07 - ©2007 – All Rights Reserved*
*Page 2 of 3*

Unauthorized Reproduction of Blank Forms is Illegal.



**15. ENTRY:** California law allows Owner/Agent or his/her employee(s) to enter the premises for certain purposes during normal business hours. The Owner/Agent will provide written notice to the Resident prior to the entry of the dwelling unit whenever required by state law. (Civil Code Section 1954.) Resident's non-compliance with Owner/Agent's lawful request for entry is a material breach of this Agreement that may be cause for immediate termination as provided herein and by law.

**16. SUBLETTING AND ASSIGNMENT:** No portion of the premises shall be sublet nor this Agreement assigned. Any attempted subletting or assignment by Resident shall, at the election of Owner/Agent, be an irremediable breach of this Agreement and cause for immediate termination as provided herein and by law.

**17. SALE OF PROPERTY:** In the event of the sale or refinance of the property: If Owner/Agent presents to Resident a "Resident's Certification of Terms - Estoppel Certification," or other similar Estoppel Certification form, Resident agrees to execute and deliver the certificate acknowledging that this Agreement is unmodified and in full force and effect, or in full force and effect as modified with the consent of Owner/Agent, and stating the modifications, within ten (10) days of written notice. Failure to comply shall be deemed Resident's acknowledgement that the certificate as submitted by Owner/Agent is true and correct and may be relied upon by any lender or purchaser.

**18. SMOKE DETECTION DEVICE:** The premises are equipped with a functioning smoke detection device(s), and Resident shall be responsible for testing the device weekly and immediately reporting any problems, maintenance or need for repairs to Owner/Agent. If battery operated, Resident is responsible for changing the detector's battery as necessary. Owner/Agent sha have a right to enter the premises to check and maintain the smoke detection device as provided by law.

**19. NOTICE:** Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

**20. ADDENDA:** By initialing as provided, Resident acknowledges receipt of the following applicable addenda, as indicated, copie of which are attached hereto, and are incorporated as part of this Agreement.

| ____ Resident Policies Addendum | ____ Smoke Detector Addendum | ____ C C & Rs |
|---|---|---|
| ____ Move-In/Move-Out Itemization | ____ Pet Addendum | ____ Drug Free Housing Addendum |
| ____ Pest Control Notice Addendum | ____ Asbestos Addendum | ____ Proposition 65 Brochure |
| ____ Satellite Addendum | ____ Lead Disclosure Addendum | ____ Other: _____ |
| ____ Pool Rules Addendum | ____ Mold Notification Addendum | ____ Other: _____ |

**21. ENTIRE AGREEMENT:** This Agreement, which includes all attachments referred to above, constitutes the entire Agreement between the parties and cannot be modified except in writing and signed by all parties, except as permitted by applicable law Neither Owner/Agent, nor any agent or employee of Owner/Agent has made any representations or promises other than thos set forth herein.

**22. CREDIT REPORTS:** A negative credit report reflecting on your credit history may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. Resident expressly authorizes Owner/Agent (including a collection agency) to obtain Resident's consumer credit report, which Owner/Agent may use if attempting to collect past due rent payments, late fees, or other charges from Resident, both during the term of the Agreement and thereafter.

**23. ATTORNEYS' FEES:** If any legal action or proceeding is brought by either party to enforce any part of this Agreement, the prevailing party shall recover, in addition to all other relief, reasonable attorneys' fees and court costs, unless one of the following two boxes is checked:

☐ The prevailing party shall recover, in addition to all other relief, attorneys' fees not to exceed $_____, plus court costs.
or
☐ each party shall be responsible for their own attorneys' fees and court costs.

The undersigned Resident(s) acknowledge(s) having read and understood the foregoing, and receipt of a duplicate original.

| Date | Resident | Date | Resident |
|---|---|---|---|
| 8/20/2012 | _signature_ | | |
| 8/20/2012 | _signature_ | Date | Resident |
| 9/15/2012 | Owner/Agent _signature_ | Date | Resident |



*California Apartment Association Approved Form*
*www.caanet.org*
*Form 2.0 - Revised 1/07 - ©2007 - All Rights Reserved*
*Page 3 of 3*

Unauthorized Reproduction of Blank Forms is Illegal.





Phone Inquiries   1 (888) 742-7683
Power Outages     1 (888) 456-7683

Page 1 of 1

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

## Account Number: 3235800

MR MEKAL K FARUKI
Issue Date: 08/21/17

**Current Charges, Due 09/18/17**   **$100.38**

| Location: | 5020 SUNSHINE LN SACRAMENTO 95841 | Billing Period | 07/20/17-08/17/17 | 29 | 31.9 | $3.46 |
|---|---|---|---|---|---|---|
| Rate: | RSGH_E: Std Rate w Assist Disc | Last Year | 07/19/16-08/16/16 | 29 | 24.6 | $2.09 |
| Cycle: | 12    Location Number: 8067161 | Last Month | 06/20/17-07/19/17 | 30 | 31.4 | $3.43 |

| 2417874 | | | 924 | kWh | |



50
40
30
20
10
0

A S O N D J F M A M J J A
2016          2017

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 924 | Summer kWh @ | 0.129100 | 119.29 |
| Energy Assistance Program Discount | | | | -30.50 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 924 | kWh @ | 0.001600 | 1.48 |
| Sacramento County Tax* | | | | 1.34 |
| State Surcharge* | | | | 0.27 |
| A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS | | | | **$100.38** |

### ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Beginning balance from last Statement | 102.93 |
|---|---|
| Payment-Credit Card | -102.93 |
| **B) PREVIOUS BALANCE** | **$0.00** |

## C) TOTAL DUE (A+B)          $100.38

**Please pay all current charges by the due date to avoid a one-time late fee of up to $1.51 (1.5% of current charges)**

*See explanations on the back of the page



**Please detach and return with your payment**
Make check payable to SMUD

ID: 322

**Account Number:** �never▇▇▇▇

N 1 350 408508708150 082217 2137798

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

PAY THIS AMOUNT

$100.38

PO BOX 15555
SACRAMENTO CA 95852

1010000000032358003000000100382000001003822610

310008920156



**CUSTOMER BILL**

Phone Inquiries
Power Outages

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

Page 1 of 1

**Account Number:** 

**MR MEKAL K FARUKI**
**Issue Date: 07/21/17**

**Current Charges, Due 08/17/17**        **$102.93**

| Location: | 5020 SUNSHINE LN | | | | | |
| | SACRAMENTO 95841 | Billing Period | 06/20/17-07/19/17 | 30 | 31.4 | $3.43 |
| Rate: | RSGH_E: Std Rate w Assist Disc | Last Year | 06/17/16-07/18/16 | 32 | 25.5 | $2.29 |
| Cycle: | 12        Location Number :  8067161 | Last Month | 05/19/17-06/19/17 | 32 | 26.1 | $2.61 |

| 2417874 | | | 943 | kWh | |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 943 | Summer kWh @ | 0.129100 | 121.74 |
| Energy Assistance Program Discount | | | | -30.50 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 943 | kWh @ | 0.001600 | 1.51 |
| Sacramento County Tax* | | | | 1.41 |
| State Surcharge* | | | | 0.27 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$102.93** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| | |
|---|---|
| Beginning balance from last Statement | 83.60 |
| Payment-Credit Card | -83.60 |
| **B) PREVIOUS BALANCE** | **$0.00** |

## C) TOTAL DUE (A+B)                              $102.93

**Please pay all current charges by the due date to avoid a one-time late fee
of up to $1.54 (1.5% of current charges)**

*See explanations on the back of the page

 Please detach and return with your payment
Make check payable to SMUD

**ID: 377**

**Account Number: 3235800**

N 1 307 107407507707 072217 2109823

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

PAY THIS AMOUNT

$102.93

PO BOX 15555
SACRAMENTO CA 95852

1010000000032358003000000102937000000102937 2290

319006650752



**CUSTOMER BILL**

Phone Inquiries    1 (888) XX-XXXX
Power Outages    1 (888) XX-XXXX

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

### Account Number: ███████

**MR MEKAL K FARUKI**
**Issue Date: 06/21/17**

| | | Current Charges, Due 07/19/17 | | | $83.60 |

| Location: | 5020 SUNSHINE LN | | | | |
| | SACRAMENTO 95841 | Billing Period | 05/19/17-06/19/17 | 32 | 26.1 | $2.61 |
| Rate: | RSGH_E: Std Rate w Assist Disc | Last Year | 05/18/16-06/16/16 | 30 | 19.7 | $1.53 |
| Cycle: | 12    Location Number : 8067161 | Last Month | 04/19/17-05/18/17 | 30 | 20.2 | $1.59 |

| 2417874 | | | | 836 | kWh | |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 539 | Summer kWh @ 0.129100 | | 69.58 |
| Base Usage | 297 | Winter kWh @ 0.112800 | | 33.50 |
| Energy Assistance Program Discount | | | | -30.50 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 836 | kWh @ 0.001600 | | 1.34 |
| Sacramento County Tax* | | | | 0.94 |
| State Surcharge* | | | | 0.24 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$83.60** |

| ACCOUNT ACTIVITY SINCE LAST STATEMENT | | |
|---|---|---|
| Beginning balance from last Statement | | 47.57 |
| Payment-Credit Card | | -47.57 |
| **B) PREVIOUS BALANCE** | | **$0.00** |

## C) TOTAL DUE (A+B)                     $83.60

**Please pay all current charges by the due date to avoid a one-time late fee**

*See explanations on the back of the page



Please detach and return with your payment
Make check payable to SMUD

**ID:  333**

**Account Number: 3235800**

N 1 306 506706150 062217 2082403

**PAY THIS AMOUNT**

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

$83.60

PO BOX 15555
SACRAMENTO CA 95852

101000000003235800300000083603000000836032000

322006548177



**CUSTOMER BILL**

Phone Inquiries    1 (888) 742-7683
Power Outages    1 (888) 456-7683

Page 1 of 1

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number:** 

**MR MEKAL K FARUKI**
**Issue Date:** 05/22/17

**Current Charges, Due 06/19/17**    **$47.57**

| Location: | 5020 SUNSHINE LN | | | | | |
| | SACRAMENTO 95841 | Billing Period | 04/19/17-05/18/17 | 30 | 20.2 | $1.59 |
| Rate: | RSGH_E: Std Rate w Assist Disc | Last Year | 04/19/16-05/17/16 | 29 | 17.1 | $1.32 |
| Cycle: | 12    Location Number: 8067161 | Last Month | 03/21/17-04/18/17 | 29 | 19.6 | $1.49 |

| 2417874 | | | | 606 | kWh | |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 606 | Winter kWh @ | 0.112800 | 68.36 |
| Energy Assistance Program Discount | | | | -30.50 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 606 | kWh @ | 0.001600 | 0.97 |
| Sacramento County Tax* | | | | 0.06 |
| State Surcharge* | | | | 0.18 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$47.57** |

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 43.74 |
|---|---|
| Payment-Credit Card | -43.74 |
| **B) PREVIOUS BALANCE** | **$0.00** |

## C) TOTAL DUE (A+B)    $47.57

**Please pay all current charges by the due date to avoid a one-time late fee
of up to $0.71 (1.5% of current charges)**

*See explanations on the back of the page



Please detach and return with your payment
Make check payable to SMUD

**ID:** 311

**Account Number: 3235800**

N 1 305 105405505705 052317 2054920

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

PAY THIS AMOUNT

$47.57

PO BOX 15555
SACRAMENTO CA 95852

1010000000032358003000000047571000000475711700

310006792058

 **SMUD**

Phone Inquiries   1 (888) 742-7683
Power Outages    1 (888) 456-7683

Page 1 of 2

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

## Account Number: 

**MR MEKAL K FARUKI**
**Issue Date: 04/21/17**

**Current Charges, Due 05/18/17**          **$43.74**

| Location: | 5020 SUNSHINE LN | | | | | |
| | SACRAMENTO 95841 | Billing Period | 03/21/17-04/18/17 | 29 | 19.6 | $1.49 |
| Rate: | RSGH_E: Std Rate w Assist Disc | Last Year | 03/17/16-04/18/16 | 33 | 16.0 | $1.23 |
| Cycle: | 12    Location Number : 8067161 | Last Month | 02/17/17-03/20/17 | 32 | 17.6 | $1.33 |

| 2417874 | 42113 | 41545 | 568 | 0 | 568 | kWh |



| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 568 | Winter kWh @ | 0.112800 | 64.07 |
| Energy Assistance Program Discount | | | | -30.50 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 568 | kWh @ | 0.001600 | 0.91 |
| State Surcharge* | | | | 0.16 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$43.14** |

| OTHER CHARGES | |
|---|---|
| LATE FEE | 0.60 |
| **B) TOTAL OTHER CHARGES** | **$0.60** |
| **C) TOTAL CURRENT CHARGES (A + B)** | **$43.74** |

| ACCOUNT ACTIVITY SINCE LAST STATEMENT | |
|---|---|
| Beginning balance from last Statement | 82.74 |
| Payment-Credit Card | -82.74 |

*See explanations on the back of the page

**SMUD**   Please detach and return with your payment
Make check payable to SMUD

**ID:  300**

**Account Number:  3235800**

N 1 304 404504704150 042217 2027799

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

**PAY THIS AMOUNT**

$43.74

PO BOX 15555
SACRAMENTO CA 95852

1010000000032358003000000043740000000000437401380

325006478469

 **SMUD®**

P.O. Box 15830, Sacramento, CA 95852-1830
smud.org

**Account Number:**

| | |
|---|---|
| **MR MEKAL K FARUKI** | |
| **Issue Date: 03/23/17** | |

| Past Due Balance - Due Immediately | $40.19 |
|---|---|
| Current Charges, Due 04/19/17 | $42.55 |
| Total Amount | $82.74 |

| Location: | 5020 SUNSHINE LN | | Billing Period | 02/17/17-03/20/17 | 32 | 17.6 | $1.33 |
|---|---|---|---|---|---|---|---|
| | SACRAMENTO 95841 | | Last Year | 02/19/16-03/16/16 | 27 | 14.7 | $1.21 |
| Rate: | RSGH_E: Std Rate w Assist Disc | | Last Month | 01/19/17-02/16/17 | 29 | 18.0 | $1.39 |
| Cycle: | 12 | Location Number : 8067161 | | | | | |

| 2417874 | 41545 | 40983 | 562 | 0 | 562 | kWh |
|---|---|---|---|---|---|---|

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| Base Usage | 562 | Winter kWh @ | 0.112800 | 63.39 |
| Energy Assistance Program Discount | | | | -30.40 |
| System Infrastructure Fixed Charge* | | | | 20.00 |
| System Infrastructure EAPR discount | | | | -11.50 |
| Solar Surcharge | 562 | kWh @ | 0.001600 | 0.90 |
| State Surcharge* | | | | 0.16 |
| A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS | | | | $42.55 |



2016   2017

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Beginning balance from last Statement | 40.19 |
|---|---|
| B) PREVIOUS BALANCE | $40.19 |

## C) TOTAL DUE (A+B)                                                    $82.74

Please pay all current charges by the due date to avoid a one-time late fee
of up to $0.64 (1.5% of current charges)

*See explanations on the back of the page

 **SMUD®**

Please detach and return with your payment
Make check payable to SMUD

**ID:** 333

**Account Number: 3235800**

N 1 303 103403503703 032417 2002307

MR MEKAL K FARUKI
5020 SUNSHINE LN
SACRAMENTO CA 95841

PAY THIS AMOUNT

$82.74

PO BOX 15555
SACRAMENTO CA 95852

1010000000323580030000000827430000000827431090

auto-reply@usps.com                                    Tue, Aug 29  12:09 PM
to Mekal F

## USPS Item Delivered, Front Desk/Reception for Shipment 9405503699300090938398

 **USPS.COM**

**Tracking Number:**
**9405503699300090938398**

**Hello MEKAL K FARUKI,**

**Thank you for using USPS.com.**

This is a post-only message. Please do not respond.

MEKAL K FARUKI has requested that you receive a USPS Tracking® update, as shown below.

USPS Tracking® e-mail update information provided by the U.S. Postal Service.

Tracking Number: 9405503699300090938398

Updated Delivery Date: August 29, 2017

Service Type: USPS Tracking®

| Shipment Activity | Location | Date & Time | With Partner |
|---|---|---|---|
| Delivered, Front Desk/Reception | SACRAMENTO, CA 95814 | August 29, 2017 12:05 pm | |
| Out for Delivery | SACRAMENTO, CA 95814 | August 29, 2017 7:22 am | |
| Sorting Complete | SACRAMENTO, CA 95814 | August 29, 2017 7:12 am | |

| | | |
|---|---|---|
| Arrived at Post Office | SACRAMENTO, CA 95813 | August 29, 2017 5:36 am |
| Departed USPS Regional Facility | SACRAMENTO CA DISTRIBUTION CENTER | August 29, 2017 3:49 am |
| Arrived at USPS Regional Facility | SACRAMENTO CA DISTRIBUTION CENTER | August 28, 2017 5:25 pm |
| USPS in possession of item | SACRAMENTO, CA 95841 | August 28, 2017 3:06 pm |

Reminder: USPS Tracking® by email

Date of email request: August 28, 2017

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the USPS Tracking® by email process again at the end of the 2 weeks, please do so at the USPS Tracking® site at http://www.usps.com/shipping/uspstrackingfaqs.htm

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking™ by texting your tracking number to 28777 (2USPS™) or selecting the Text Update option on our USPS Tracking® site. Standard Message and Data Rates may apply.
For more information go to https://www.usps.com/text-tracking/welcome.htm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY
# DEPARTMENT OF SOCIAL SERVICES

**State Hearings Division**

**PO Box 944243, MS 9-17-442 Sacramento, CA 94244-2430**

PHONE: **800-743-8525** FAX: **1-833-281-0905**

**KIM JOHNSON**
**DIRECTOR**



**GAVIN NEWSOM**
**GOVERNOR**

## REHEARING DENIED

**October 18, 2024**

**RE: SHN-104996696**

Your request for a rehearing has been denied. Rehearing request filed by Claimant.

The reason for denial is listed below. For a free interpretation of this letter please call 800-743-8525.

The rehearing request was made more than 30 days after the decision was received, and the rehearing request does not provide any information about why it was not timely. There is therefore no basis upon which to find good cause for being untimely, or that equity jurisdiction should apply.

Even if the rehearing request was timely, the decision is legally correct. Regardless of which agency administers the program, Sacramento County's actions or inactions relative to Housing Choice Vouchers is not within the jurisdiction of the State Hearings Division of the California Department of Social Services.

No rehearing is warranted.

If you still disagree you can go to court. You must ask for court review within one year of the date you got the original decision. To ask for court review, you must file a "petition" in Superior Court. The law about the petition is found at California Code of Civil Procedure Section 1094.5. You will not have to pay court filing fees. If you win in court, and had a lawyer represent you, you may be able to get reasonable attorney's fees and costs.

Margaret a. Boyd

Margaret A. Boyd
Chief Administrative Law Judge
CDSS, State Hearings Division

STATE HEARINGS DIVISION

CC:

Sacramento County

*California Department of Social Services*

# DECISION

## Hearing No. 104996696

*In the Matter of Claimant(s):*

**Mekal Faruki**
**2300 AUBURN BLVD, APT 116**
**SACRAMENTO, CA 95821-1788**
**mkf@msn.com**

Pursuant to the authority of the Director, I adopt the attached final decision.

**Douglas DiCicco**
Administrative Law Judge

Adopt Date: **June 04, 2024**

## Hearing Information
*Hearing Date:* June 04, 2024 03:00 PM

*Release Date:* June 11, 2024

*Aid Pending:* N/A
*Issue Codes:* 1621-2
*Language:* ENGLISH

*Responsible Agency:* Sacramento County
Attendees

| Attendee Type | Attendee |
|---|---|
| *Hearing Rep:* | Diana Arias, Sacramento County |

## SUMMARY

The Claimant's request for a hearing concerning his application for Housing Choice Voucher benefits is dismissed due to lack of subject matter jurisdiction.

[1621-2]

## FACTS

On March 19, 2024, the Claimant requested a hearing disputing Sacramento County's (the County) failure to act in response to an application he submitted on August 29, 2017, for Housing Choice Voucher benefits through the Sacramento Housing and Redevelopment Agency (SHRA).

At the June 4, 2024, hearing, the County Representative and the Claimant appeared by telephone. The County submitted a Statement of Position (SOP) setting forth its factual allegations and legal arguments.

The County Representative asked that the March 1, 2024, hearing request be dismissed, as the only issue the Claimant raised concerned the Housing Choice Voucher program, and the State Hearings Division does not have jurisdiction over issues relating to that program.

The Claimant testified that he has researched the jurisdiction issue and believes State Hearings does have jurisdiction to hear this issue, as State Hearings has jurisdiction over government agencies and SHRA is a government agency. The Claimant has had serious health issues and the lack of action on his application for Housing Choice Voucher benefits is causing significant financial hardship.

## LAW

All the regulations cited refer to the Manual of Policies and Procedures (MPP), unless otherwise noted.

### Subject Matter Jurisdiction

A state hearing shall be available to a claimant who is dissatisfied with a county action or inaction on a county-administered state aid program and requests a hearing.

(§ 22-003.1.)

If any applicant for or recipient of public social services is dissatisfied with any county department action relating to an application for or receipt of public social services, if the county does not act upon the application with reasonable promptness, or if any person who desires to apply for public social services is refused the opportunity to submit a signed application, they shall be given an opportunity for a state hearing.

**State of California**                                               ***Hearing No. 104996696-602***
***CDSS State Hearings Division***                                                        ***Page 2***

(Welf. & Inst. Code, § 10950 (a.).)

"Aid" includes all state and federally funded public assistance programs subject to a state hearing. These programs include CalWORKs, the state-administered programs for recipients of SSI/SSP contained in Division 46, the Refugee Resettlement Program (RRP), the Cuban/Haitian Entrant Program (CHEP), the CalFresh Program, California Assistance Program for Immigrants (CAPI), the In-Home Supportive Services Programs, Medi-Cal, Kinship Guardian Assistance Payment Program (Kin-GAP), AFDC-Foster Care, AFDC-Extended Foster Care (EFC), Approved Relative Caregiver Funding Option Program (ARC), California Food Assistance Program (CFAP), Aid for the Adoption of Children Program (AAC), Adoption Assistance Program (AAP), Multipurpose Senior Services Program (MSSP), and assessments under Harris v. CDSS and the Resource Family Approval (RFA) program.

(§ 22-001(a)(3)(A).)

A request for hearing shall be dismissed if the issue is not within the jurisdiction of a state hearing as defined in § 22-003.1 and W&IC § 10950.

(§ 22-054.31.)

## CONCLUSION

The Claimant disputed Sacramento County's (the County) failure to act on his application for Housing Choice Voucher benefits.

A request for state hearing shall be dismissed if the issue is not within the jurisdiction of a state hearing as defined by the applicable regulations. State hearing jurisdiction exists only for claims relating to state and federally funded aid programs.

Here, the only issue raised by the Claimant concerns the Housing Choice Voucher program, which is outside the jurisdiction of state hearings. Because State Hearings lacks jurisdiction over such issues, the claim must be dismissed.

## ORDER

The claim is dismissed.