UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKAL K. FARUKI, | No. 2:25-cv-00507-DJC-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| HOUSING AUTHORITY FOR THE COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On October 15, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 9.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 15, 2025 (ECF No. 8), are

1

1  adopted in full.
2  2. Plaintiff's claims arising under federal law are dismissed without further
3  leave to amend for failure to state a claim.
4  3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state
5  law clams.
6  4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 5, 2025__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 faru25cv0507.jo